BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for ABDUL HALIM ALI

RECEIVED JUL 10 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL HALIM ALI,<br><br>      Plaintiff,<br><br>v.<br><br>HORIZON LINES, LLC,<br><br>      Defendant | Civil No. C-06-1920-BZ<br><br>NOTICE OF SETTLEMENT WITH REQUEST FOR 90 DISMISSAL ORDER with [proposed] ORDER THEREFOR |

TO THIS HONORABLE COURT.

Plaintiff respectfully advises that he and the defendant, Horizon Lines, LLC, , have reached an agreement of settlement, in principle, that will settle all of his claims in this action and cause this action to be dismissed, in its entirety, with prejudice prior to the defendant having filed a response to the complaint in this action. WHEREFORE, plaintiff respectfully requests that this Honorable Court issue it order dismissing this entire action with prejudice, unless a motion to effect a different result is filed before October 4, 2006.

RESPECTFULLY SUBMITTED,

DATED: 7/6/06

ARNOLD I. BERSCHLER for
ABDUL HALIM ALI

//

NOTICE OF SETTLEMENT WITH REQUEST FOR 90 DISMISSAL ORDER
[ali[ah] horizon\trialarb\settle.not]        1

## ORDER

Upo review of the foregoing *Notice of Settlement with Request for 90 Dismissal Order*, and Good Cause and te interests of justice otherwise appearing, IT IS ORDERED THAT the action, *Ali v Horizon Lines, LLC*, U.S. District Court Civil No. C-06-1920-BZ, shall be dismissed, in its entirety, with prejudice, on October 4, 2006 unless prior to said date a motion to effect a different result is filed before October 4, 2006.

DATED: 17 July 06

SO ORDERED,

*[signature]*

BERNARD ZIMMERMAN,
JUDGE MAGISTRATE OF THE UNITED
STAES DISTRICT COURT

*All pending dates are VACATED*